UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DARREN K. PROULX,<br><br>        Plaintiff(s),<br><br>vs.<br><br>NRIP LLC,<br><br>        Defendant(s). | 2:21−cv−01935−GMN−DJA<br><br>MINUTE ORDER<br><br>October 20, 2021 |

PRESENT:
The Honorable  Gloria M. Navarro , U.S. District Judge

Deputy Clerk:  Darci Smith         Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing      Counsel for Defendant(s):  None Appearing

   The above−entitled action was received on 10/20/2021 pursuant to a court order directing transfer from the Arizona and assigned case number 2:21−cv−01935−GMN−DJA . All future documents filed with this court shall bear said correct case number.

   IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case Only by **11/03/2021**. This form is available on the court's website at www.nvd.uscourts.gov.

   IT IS FURTHER ORDERED that counsel shall have until **11/19/2021**, to file a Joint Status Report which shall:

   1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

   2. Include a statement by counsel of action required to be taken by this Court.


                    DEBRA K. KEMPI, CLERK

                    By: /s/ Darci Smith
                        Deputy Clerk